5:19-CV-420

RECEIVED
CLERK'S OFFICE
2019 OCT 21 AM 10:29
U.S. D[IST]
MIDDLE D[IST]
MACON

My name is Stevie Ray Thompson, inmate number 834 in Houston County detention center. I do not have any source of income nor do I have any property or personal property to my name. I do not have any accounts being checking or otherwise, also I do not have any cash on hand. I am writing this sworn affidavit as follows:

On June 29th 2019, I was walking around the bottom tier in HCDC, B-Pod, and all of a sudden a chair fell from the top tier and struck me in the head, leaving a 4 cm cut on top of my head. The incident left me dazed and in pain. I complained to the pod officer, Mr. Donaldson badge #7344, about the injury asking if medical would charge me to be seen for my injuries. When I got to medical at 2342 hours I was seen by nurse Richard Garrett, who assessed my injuries, measured my cut, and did nothing more for my headache or for my cut on my head except give an ice pack. No pain medication or even neosporin. I find this action to be medical malpractice. I was supposed to be seen on July 2nd for a follow up and was never seen. I was informed to notify the proper authority if my illness became worse and it did exactly that, gradually getting worse by the day until I knew something wasn't right. I started having headaches every day and complained about back pains every day for a week on the following dates and times: 10-4-19 @ 3:00 pm, 10-7-19 at 2:00 pm, 10-8-19 @ 12:54 pm, 10-9-19 @ 2:04 pm, and 10-10-19 @ 10:50 am. Medical finally made acknowledgement of my request and

seen me on 10-11-19. On this date it was determined by the health care provider at HCDC that I had a pinched nerve in my neck, causing numbness in fingers and headaches. The provider prescribed a muscle relaxer to be administered twice a day by mouth for 10 days and said that was all she could do for long term. I then wrote a request form to the major here at the jail on 10-14-19 @ 2:00 pm about needing to see a specialist because the muscle relaxer was doing nothing for my pain. I have yet to got a response. Also I submitted a grievance on 10-12-19 @ 2:20 pm about needing to see a specialist before this condition worsened to the point that I become paralized, still no response on that either. In fact the only paper work I have recieved back from the facility was as follows; one grievance dated 10-7-19, a request form dated 10-9-19 to the major and another request to the major asking for a copy of the incident report as well as a medical report. The HCDC staff stopped cooperating with me when I threatened to seek civil action against them for putting me in danger of serious injury by allowing my safety and well being to be compromised. It clearly states in the hand book that we are issued that the sole purpose for their presence here is to ensure the safety and well being of the inmate population. I will leave it to the courts to decide a proper outcome for this situation, the only thing I ask is that they be fully responsible and pay medical bills that may be incurred behind this accident